UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 13, 2014

No. 13-3397

DARREN ROY,
     Appellant

v.

DELL FINANCIAL SERVICES

(M.D. Pa. No. 3-13-cv-00738)

Present:　MCKEE, Chief Judge, CHAGARES Circuit Judge and *THOMPSON, District Judge

  Joint Motion by the Parties to Dismiss Appeal Pursuant to Fed. R. App. P. 42(b).

            Respectfully,
            Clerk/cjg

_____ORDER_____

The foregoing

  IS GRANTED.

            By the Court,

            s/ Theodore McKee
            Chief Circuit Judge

Dated: May 14, 2014
CJG/cc: Tara L. Patterson, Esq.
    Kimball R. Anderson, Esq.
    Anthony L. Gallia, Esq.
    James G. Welch, Esq.

**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

_____
* The Honorable Anne E. Thompson, Senior District Judge of New Jersey, sitting by designation.